IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U S DISTRICT COURT
BRUNSWICK DIV.

2003 APR 10 P 4: 29

CLERK _____
S.D. ____ GA.

| | |
|---|---|
| EARL COLEMAN, as administrator of the Estate of ROSHANA COLEMAN and as Guardian of IMMANI COLEMAN, ) ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) | CIVIL ACTION NO. CV 202-036 |
| COOPER TIRE & RUBBER COMPANY and PABLO A. TAVAREZ ) ) ) ) | |
| Defendant ) | |

## MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW Defendant, COOPER TIRE & RUBBER COMPANY, and on behalf of all parties to this case move the Court to dismiss the captioned case with prejudice since it has been settled by the parties.

RESPECTFULLY SUBMITTED, this _10th_ day of _April_, 2003.

GILBERT, HARRELLL,
SUMERFORD & MARTIN, P.C.

BY: _____
Wallace E. Harrell
Georgia Bar No. 328800

P.O. Box 190
Brunswick, GA 31521-0190
(912) 265-6700

ATTORNEYS FOR DEFENDANT
COOPER TIRE & RUBBER
COMPANY

173

## CERTIFICATE OF SERVICE

I, Wallace E. Harrell, of Gilbert, Harrell, Sumerford & Martin, P.C., attorneys for Defendant, Cooper Tire & Rubber Company, do hereby certify that, on this date, I served a copy of the foregoing proposed Motion for Order of Dismissal With Prejudice upon counsel of record for all parties by mailing a copy, postage prepaid, to:

Robert Bartley Turner, Esquire
Savage, Turner, Pinson & Karsman
P.O. Box 10600
Savannah, GA 31412

W. Wray Eckl, Esquire
George W. Brinson, Esquire
Drew Eckl & Farnham, LLP
P.O. Box 7600
Atlanta, GA 30357-0600

This 10th day of April, 2003.

Wallace E. Harrell
Georgia Bar No. 328800

```
CASE:      5:02-cv-00092
DOCUMENT:  15
DATE:      04/10/03

CLERK:     slt
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA BRUNSWICK DIV.
WAYCROSS GEORGIA

FILED
2003 APR 10 P 4: 31
CLERK
U.S. DIST. CT. S.D. GA.

| | |
|---|---|
| TABITHA W. PAULK, | ) |
| Plaintiff | ) ) ) |
| v. | ) CASE NUMBER: CV-502-92 |
| TECUMSEH PRODUCTS COMPANY-ENGINE AND TRANSMISSION GROUP-DUNLAP OPERATIONS, INC., a foreign profit company, | ) ) ) ) ) ) ) |
| Defendant | ) |

## JOINT REQUEST FOR EXTENSION OF DISCOVERY

COME NOW plaintiff and defendant and jointly move this court for an order extending discovery in the above-styled case and show the court as follows:

1. Issue in the above-styled case was joined on November 25, 2002.

2. Plaintiff secured additional counsel, who entered an appearance in the case on January 31, 2003.

3. The parties have been cooperating in discovery and have taken depositions and conducted written discovery.

4. Both parties wish to conduct additional discovery, including the depositions of witnesses who may need to be deposed out of the state of Georgia.

5. The parties respectfully request an additional 60 days in order to complete discovery. The parties are requesting 60 days instead of 30 because the schedules of the parties attorneys for the next 30 days would make it extremely difficult to complete discovery and would result in a second 30 day request.

15

6. Both parties consent in this request for discovery and show the court that no previous requests have been filed, although the parties did indicate in the joint status report that an additional thirty days would be needed.

7. This request is not made for purposes of delay, but is intended to allow both parties sufficient time to complete the necessary discovery.

WHEREFORE, the parties respectfully request that this court issue an order extending the discovery period for an additional 60 days from April 14, 2003 through and including June 13, 2003. The parties would also request that the time for filing civil motions be extended through and including July 13, 2003.

This 10th day of April, 2003.

WHELCHEL, BROWN, READDICK & BUMGARTNER

_____
G. Todd Carter
Georgia Bar No. 113601
ATTORNEY FOR PLAINTIFF

5 Glynn Avenue, P. O. Box 220
Brunswick, GA 31521-0220
(912) 264-8544

JACKSON LEWIS LLP

C. Todd Van Dyke
Georgia Bar No. 723420
ATTORNEY FOR DEFENDANT

1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1226
404-525-8200

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of the attached pleading by addressing same:

>Ben B. Mills, Jr.
>Mills & Chasteen, P.C.
>315 South Main Street
>P.O. Box 40
>Fitzgerald, GA 31750

>C. Todd Van Dyke
>Jackson Lewis LLP
>1900 Marquis One Tower
>245 Peachtree Center Avenue, N.E.
>Atlanta, GA 30303-1226

and depositing same in the United States Mail with adequate postage thereon.

This the 10th day of April, 2003.

>WHELCHEL, BROWN, READDICK & BUMGARTNER

>_____
>G. Todd Carter
>Georgia Bar No. 113601

>ATTORNEY FOR PLAINTIFF

5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
(912) 264-8544