IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EARL COLEMAN, as administrator of the Estate of ROSHANA COLEMAN and as Guardian of IMMANI COLEMAN,<br><br>Plaintiff<br><br>vs.<br><br>COOPER TIRE & RUBBER COMPANY and PABLO A. TAVAREZ,<br><br>Defendants | CIVIL ACTION NO. CV202-036 |

## ORDER OF DISMISSAL WITH PREJUDICE

The Clerk of the United States District Court for the Southern District of Georgia is hereby directed to mark the Complaint of Plaintiff, EARL COLEMAN, as administrator of the Estate of ROSHANA COLEMAN and as Guardian of IMMANI COLEMAN, "Dismissed with Prejudice" on the records of the Court.

All parties waive the right to assess any costs against the other party, including attorney's docket fee. No bill of costs will either be filed, or, if filed, approved.

This 11th day of April, 2003.

_____
ANTHONY A. ALAIMO, JUDGE
U.S. District Court

CONSENTED TO:

Attorney for Plaintiff

_____
Robert Bartley Turner, Esq.
Savage, Turner, Pinson & Karsman
P.O. Box 10600
Savannah, Ga 31412
912-231-1140

Attorneys for Defendant, Cooper Tire

_____
W. Wray Eckl, Esq.
George W. Brinson, Esq.
Melanie C. Eyre, Esq.
DREW ECKL & FARNHAM, LLP
880 W. Peachtree Street
Atlanta, GA 30309
404-885-1400

_____
Wallace E. Harrell, Esq.
Gilbert, Harrell, Gilbert,
Sumerford, Martin & Gregg, P.C.
777 Gloucester St., Suite 200
Brunswick, GA 31521-0190
912-265-6700

929745/1
1625 51246

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   2:02-cv-00036
Date Served:   April 11, 2003
Served By:     Sherry L. Taylor

Attorneys Served:

Charles W. Bell, Esq.
Robert Bartley Turner, Esq.
Ashleigh Ruth Madison, Esq.
Bruce R. Kaster, Esq.
W. Wray Eckl, Esq.
George W. Brinson, Esq.
Wallace E. Harrell, Esq.
David A. Dial, Esq.
Melanie C. Eyre, Esq.
Douglas K. Walker, Esq.
Steven E. Scheer, Esq.

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate